# Exhibit F - Claim Chart– *US 8,424,752 vs DexCom*

Chart 1 - Accused Instrumentality (Dexcom G7) MAPPING CHART

Chart 2 - Accused Instrumentality (Dexcom G6) MAPPING CHART

**1. Accused Instrumentality (Dexcom G7) MAPPING CHART (Chart 1).**

| Key-Features of US 8,424,752 B2 | Product (Dexcom G7) |
|---|---|
| **Claim 1.**<br><br>**A method comprising:** | <br><br>Time Stamp: 2:43 min |

| Key-Features of US 8,424,752 B2 | Product (Dexcom G7) |
|---|---|
| | **Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s  *Evidence discloses a mobile app which is able to capture a digital image carrying a symbology (herein QR Code) and retrieve and display information related to the symbology.* |
| **1.1. capturing a digital image using a digital image capturing device that is part of a portable electronic device;** | *Time Stamp: 2:44 min*  **Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s  *Evidence discloses the app capturing digital image using image capturing device (i.e. camera). The digital image capturing device is part of portable electronic device (i.e. mobile phone).* |

Page **2** of **14**

| Key-Features of US 8,424,752 B2 | Product (Dexcom G7) |
|---|---|
| **1.2. detecting symbology associated with an object within the digital image using a portable electronic device;** | <br>**Time Stamp: 2:45 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the detection of symbology (i.e. QR Code) associated with the digital image.* |

| Key-Features of US 8,424,752 B2 | Product (Dexcom G7) |
|---|---|
| **1.3. decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device;** | <br>**Time Stamp: 3:03 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. Hence it means at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is formed by the use of visual detection application (Dexcom G7 app) which is present on the portable electronic device (i.e. mobile phone).* |

| Key-Features of US 8,424,752 B2 | Product (Dexcom G7) |
|---|---|
| 1.4. sending the decode string to a remote server for processing; | <br>Time Stamp: 3:03 min<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. Hence it means at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is then sent to a remote server for processing.* |

| Key-Features of US 8,424,752 B2 | Product (Dexcom G7) |
|---|---|
| **1.5.** <u>receiving information about the object from the remote server wherein the information is based on the decode string of the object;</u> | <br><br>Time Stamp: 3:03 min<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of symbology. Hence it means at the backend of the detection process of symbology (i.e. QR code), it is decoded forming a decode string. The decode string is then sent to a remote server for processing. After processing, it receives the information about the object which is based on the decode string of the object (i.e. symbology).* |

| Key-Features of US 8,424,752 B2 | Product (Dexcom G7) |
|---|---|
| **1.6.** *displaying the information on a display device associated with the portable electronic device.* | <br>Time Stamp: 3:03 min<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. It displays the information on the display device (i.e. mobile phone screen) which is associated with portable electronic device (i.e. mobile phone).* |

## 2. Product (Dexcom G6) MAPPING CHART (Chart 2).

| Key-Features of US 8,424,752 B2 | Product (Dexcom G6) |
|---|---|
| **Claim 1.**<br><br>**A <u>method</u> comprising:** | *Time Stamp: 2:00 min*<br><br>**Source:** https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78s<br><br>*Evidence discloses a mobile app which is able to capture a digital image carrying a symbology (herein QR Code) and retrieve and display information related to the symbology.* |

| Key-Features of US 8,424,752 B2 | Product (Dexcom G6) |
|---|---|
| **1.1.** <span style="color:green">**capturing a digital image using a digital image capturing device that is part of a portable electronic device;**</span> | <br>**Time Stamp: 2:00 min**<br><br>**Source:** https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78s<br><br>*Evidence discloses the app capturing digital image using image capturing device (i.e. camera). The digital image capturing device is part of a portable electronic device (i.e. mobile phone).* |

| Key-Features of US 8,424,752 B2 | Product (Dexcom G6) |
|---|---|
| **1.2. detecting symbology associated with an object within the digital image using a portable electronic device;** | <br>**Time Stamp: 2:00 min**<br><br>**Source:** https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78<br><br>*Evidence discloses the detection of symbology (i.e. QR Code) associated with the digital image.* |

| Key-Features of US 8,424,752 B2 | Product (Dexcom G6) |
|---|---|
| **1.3. decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device;** | <br>**Time Stamp: 4:07 min**<br><br>**Source:** https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78s<br><br>*Evidence discloses the information of the symbology. Hence it means at the backend of the detection process of the symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is formed by the use of visual detection application (i.e. Dexcom G6 app) which is present on the portable electronic device (i.e. mobile phone).* |

| Key-Features of US 8,424,752 B2 | Product (Dexcom G6) |
|---|---|
| **1.4. sending the decode string to a remote server for processing;** | Time Stamp: 4:07 min<br><br>**Source:** https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78s<br><br>*Evidence discloses the information of the symbology. Hence it means at the backend of the detection process of the symbology (i.e. QR code), it is decoded forming a decode string. The decode string is then sent to a remote server for processing.* |

| Key-Features of US 8,424,752 B2 | Product (Dexcom G6) |
|---|---|
| **1.5. receiving information about the object from the remote server wherein the information is based on the decode string of the object;** | **Time Stamp: 4:07 min**<br><br>**Source:** https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78s<br><br>*Evidence discloses the information of the symbology. Hence it means at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is then sent to a remote server for processing. After processing, it receives the information about the object which is based on the decode string of the object (i.e. symbology).* |

Case 2:23-cv-00473-JRG   Document 1-7   Filed 10/05/23   Page 14 of 14 PageID #: 102

*Claim Chart – US 8,736,190 B2 vs Dexcom*

| Key-Features of US 8,424,752 B2 | Product (Dexcom G6) |
|---|---|
| **1.6.** <u>displaying the information on a display device associated with the portable electronic device.</u> | <br>**Time Stamp: 4:11 min**<br><br>**Source:** https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78s<br><br>*Evidence discloses the information of the symbology. It displays the information on the display device (i.e. mobile phone screen) which is associated which is associated with portable electronic device.* |