# Exhibit G - Claim Chart– *US 8,651,369 vs DexCom*

**Chart 1 - Accused Instrumentality (Dexcom G7) MAPPING CHART**

**Chart 2 - Accused Instrumentality (Dexcom G6) MAPPING CHART**

1. **Accused Instrumentality (Dexcom G7) MAPPING CHART (Chart 1).**

| Key-Features of US 8,651,369 B2 | Product (Dexcom G7 App) |
|---|---|
| Claim 1. A method comprising: | <br>Time Stamp: 2:43 min<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses a mobile app which is able to capture a digital image carrying a symbology (herein QR Code) and retrieve and display information related to the symbology.* |

| Key-Features of US 8,651,369 B2 | Product (Dexcom G7 App) |
|---|---|
| **1.1.** **capturing a digital image using a digital image capturing device that is part of a portable electronic device;** | <br><br><br><br><br><br><br><br><br><br>**Time Stamp: 2:44 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the app capturing digital image using image capturing device (i.e. camera). The digital image capturing device is part of portable electronic device (i.e. mobile phone).* |

Page **3** of **15**

| Key-Features of US 8,651,369 B2 | Product (Dexcom G7 App) |
|---|---|
| **1.2. detecting symbology associated with the digital image using a portable electronic device;** | <br><br>**Time Stamp: 2:45 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the detection of symbology (i.e. QR Code) associated with the digital image.* |

| Key-Features of US 8,651,369 B2 | Product (Dexcom G7 App) |
|---|---|
| **1.3. decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device;** | *Time Stamp: 3:03 min* <br><br> **Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s <br><br> *Evidence discloses the information of the symbology. Hence it means at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is formed by the use of visual detection application (Dexcom G7 app) which is present on the portable electronic device (i.e. mobile phone).* |

| Key-Features of US 8,651,369 B2 | Product (Dexcom G7 App) |
|---|---|
| **1.4. sending the decode string to a remote server for processing;** | **Time Stamp: 3:03 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. Hence we can say that at the backend of the detection process of symbology (i.e. QR code), it is decoded forming a decoded string. The decode string is then sent to a remote server for processing.* |

| Key-Features of US 8,651,369 B2 | Product (Dexcom G7 App) |
|---|---|
| **1.5. receiving information about the digital image from the remote server wherein the information is based on the decode string;** | Time Stamp: 3:03 min<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. Hence we can say that at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is then sent to a remote server for processing. After processing, it receives the information about the digital image which is based on the decode string of the image (i.e. symbology).* |

| Key-Features of US 8,651,369 B2 | Product (Dexcom G7 App) |
|---|---|
| **1.6.** **displaying the information on a display device associated with the portable electronic device.** | <br>Time Stamp: 3:03 min<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. It displays the information on the display device (i.e. mobile phone screen) which is associated with portable electronic device (i.e. mobile phone).* |

## 2. Accused Instrumentality (Dexcom G6) MAPPING CHART (Chart 2).

| Key-Features of US 8,651,369 B2 | Product (Dexcom G6 App) |
|---|---|
| **Claim 1. A method comprising:** | Time Stamp: 2:00 min<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses a mobile app which is able to capture a digital image carrying a symbology (herein QR Code) and retrieve and display information related to the symbology.* |

*Claim Chart – US 8,936,190 B2 vs Dexcom*

| Key-Features of US 8,651,369 B2 | Product (Dexcom G6 App) |
|---|---|
| **1.1. capturing a digital image using a digital image capturing device that is part of a portable electronic device;** | **Time Stamp: 2:00 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s <br><br>*Evidence discloses the app capturing digital image using image capturing device (i.e. camera). The digital image capturing device is part of portable electronic device.* |

| Key-Features of US 8,651,369 B2 | Product (Dexcom G6 App) |
|---|---|
| **1.2. detecting symbology associated with the digital image using a portable electronic device;** | <br>**Time Stamp: 2:00 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the detection of symbology (i.e. QR Code) associated with the digital image.* |

Page **11** of **15**

| Key-Features of US 8,651,369 B2 | Product (Dexcom G6 App) |
|---|---|
| **1.3. decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device;** |  **Time Stamp: 4:07 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. Hence it means at the backend of the detection process of the symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is formed by the use of visual detection application (Dexcom G6 app) which is present on the portable electronic device (i.e. mobile phone).* |

| Key-Features of US 8,651,369 B2 | Product (Dexcom G6 App) |
|---|---|
| **1.4. sending the decode string to a remote server for processing;** | <br>**Time Stamp: 4:07 min**<br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. Hence we can say that at the backend of the detection process of the symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is then sent to remote server for processing.* |

| Key-Features of US 8,651,369 B2 | Product (Dexcom G6 App) |
|---|---|
| **1.5. receiving information about the digital image from the remote server wherein the information is based on the decode string;** | <br>**Time Stamp: 4:07 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. Hence we can say that at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is then sent to a remote server for processing. After processing, it receives the information about the digital image which is based on the decode string of the image (i.e. symbology).* |

| Key-Features of US 8,651,369 B2 | Product (Dexcom G6 App) |
|---|---|
| **1.6. displaying the information on a display device associated with the portable electronic device.** | <br>**Time Stamp: 4:11 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. It displays the information on the display device (i.e. mobile phone screen) which is associated with portable electronic device (i.e. mobile phone)* |