# Exhibit H - Claim Chart– *US 8,936,190 vs DexCom*

Chart 1 - Accused Instrumentality (Dexcom G7) MAPPING CHART

Chart 2 - Accused Instrumentality (Dexcom G6) MAPPING CHART

### 1. Accused Instrumentality (Dexcom G7) MAPPING CHART (Chart 1).

| Key-Features of US 8,936,190 B2 | Product (Dexcom G7 App) |
|---|---|
| **Claim 1. A method comprising:** | *(screenshot of Dexcom G7 App showing "Line up pairing code in green frame" with QR code being scanned, timestamp 2:43/3:18)*<br><br>**Time Stamp: 2:43 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses a mobile app which is able to capture a digital image carrying a symbology (herein QR Code) and retrieve and display information related to the symbology.* |

| Key-Features of US 8,936,190 B2 | Product (Dexcom G7 App) |
|---|---|
| **1.1. capturing a digital image using a digital image capturing device that is part of an electronic device;** | <br>**Time Stamp: 2:44 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the app capturing digital image using image capturing device (i.e. camera). The digital image capturing device is part of an electronic device.* |

| Key-Features of US 8,936,190 B2 | Product (Dexcom G7 App) |
|---|---|
| **1.2. detecting symbology associated with the digital image using the electronic device;** | <br>**Time Stamp: 2:45 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the detection of symbology (i.e. QR Code) associated with the digital image.* |

| Key-Features of US 8,936,190 B2 | Product (Dexcom G7 App) |
|---|---|
| **1.3. decoding the symbology to obtain a decode string using one or more visual detection applications residing on the electronic device;** | <br>**Time Stamp: 3:03 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. Hence it means at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is formed by the use of visual detection application (Dexcom G7) which is present on the electronic device (i.e. mobile phone).* |

| Key-Features of US 8,936,190 B2 | Product (Dexcom G7 App) |
|---|---|
| **1.4. sending the decode string to a remote server for processing;** | <br><br>**Time Stamp: 3:03 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. Hence we can say that at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is then sent to a remote server for processing.* |

| Key-Features of US 8,936,190 B2 | Product (Dexcom G7 App) |
|---|---|
| **1.5. receiving information about the digital image from the remote server wherein the information is based on the decode string;** | <br>**Time Stamp: 3:03 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. Hence we can say that at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is then sent to a remote server for processing. After processing, it receives the information about the digital image which is based on the decode string of the image (i.e. symbology).* |

| Key-Features of US 8,936,190 B2 | Product (Dexcom G7 App) |
|---|---|
| **1.6. displaying the information on a display device associated with the electronic device.** | <br>**Time Stamp: 3:03 min**<br><br>**Source:** https://www.youtube.com/watch?v=eHKFDyrd-Ls&t=155s<br><br>*Evidence discloses the information of the symbology. It displays the information on the display device (i.e. mobile phone screen) which is associated with electronic device (i.e. mobile phone).* |

## 1. Accused Instrumentality (Dexcom G6) MAPPING CHART (Chart 2).

| Key-Features of US 8,936,190 B2 | Product (Dexcom G6 App) |
|---|---|
| **Claim 1. A method comprising:** | Time Stamp: 2:00 min<br><br>**Source:** https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78s<br><br>*Evidence discloses a mobile app which is able to capture a digital image carrying a symbology (herein QR Code) and retrieve and display information related to the symbology.* |

| Key-Features of US 8,936,190 B2 | Product (Dexcom G6 App) |
|---|---|
| **1.1. capturing a digital image using a digital image capturing device that is part of an electronic device;** | *Time Stamp: 2:00 min*<br><br>**Source:** https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78s<br><br>*Evidence discloses the app capturing digital image using image capturing device (i.e. camera) The digital image capturing device is part of an electronic device (i.e. mobile phone).* |

| Key-Features of US 8,936,190 B2 | Product (Dexcom G6 App) |
|---|---|
| 1.2. detecting symbology associated with the digital image using the electronic device; | <br>Time Stamp: 2:00 min<br><br>Source: https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78s<br><br>*Evidence discloses the detection of symbology (i.e. QR Code) associated with the digital image.* |

| Key-Features of US 8,936,190 B2 | Product (Dexcom G6 App) |
|---|---|
| **1.3. decoding the symbology to obtain a decode string using one or more visual detection applications residing on the electronic device;** | <br>**Time Stamp: 4:07 min**<br><br>**Source:** https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78s<br><br>*Evidence discloses the information of the symbology. Hence it means at the backend of the detection process of the symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is formed by the use of visual detection application (i.e. Dexcom G6 app) which is present on the electronic device (i.e. mobile phone)* |

| Key-Features of US 8,936,190 B2 | Product (Dexcom G6 App) |
|---|---|
| **1.4. sending the decode string to a remote server for processing;** | **Time Stamp: 4:07 min**<br><br>**Source:** https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78s<br><br>*Evidence discloses the information of the symbology. Hence we can say that at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is then sent to remote server for processing.* |

| Key-Features of US 8,936,190 B2 | Product (Dexcom G6 App) |
|---|---|
| **1.5.** <u>receiving information about the digital image from the remote server wherein the information is based on the decode string;</u> | <br>**Time Stamp: 4:07 min**<br><br>**Source:** https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78s<br><br>*Evidence discloses the information of the symbology. Hence we can say that at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decoded string. The decode string is then sent to remote server for processing. After processing, it receives the information about the digital image which is based on the decode string of the image (i.e. symbology).* |

| Key-Features of US 8,936,190 B2 | Product (Dexcom G6 App) |
|---|---|
| **1.6. displaying the information on a display device associated with the electronic device.** | <br>Time Stamp: 4:11 min<br><br>**Source:** https://www.youtube.com/watch?v=IMq-M5sdpJ8&t=78s<br><br>*Evidence discloses the information of the symbology. It displays the information on the display device (i.e. mobile phone screen) which is associated with the electronic device (i.e. mobile phone).* |