# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | **Case No. 2:23-cv-473-JRG** |
| **Plaintiff,** | **Jury Trial Demanded** |
| **v.** | |
| **DEXCOM, INC.** | |
| **Defendant.** | |

## RESPONSE TO DEFENDANT'S MOOT RULE 12(c) MOTION TO DISMISS

Plaintiff files this response in opposition to merely point out the Defendant's motion to dismiss under Rule 12(c) is premature as it is based on the pleadings, yet the pleadings may be amended, and indeed have been amended in this case.  (Dkt. No. 18). As such, Defendant Dexcom's motion is premature. Additionally, Defendant Dexcom has not served its subject matter patentability contentions as of the date of this filing.  Thus, Defendant Dexcom's motion is moot and should be dismissed without prejudice.

Dated:  December 2, 2024

Respectfully Submitted

*/s/* Randall Garteiser
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@ghiplaw.com
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com
Christopher A. Honea
   Texas Bar No. 24059967
   chonea@ghiplaw.com
René A. Vazquez
   Virginia Bar No. 41988
   rvazquez@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEYS FOR PLAINTIFF**
**INTERCURRENCY SOFTWARE LLC**