IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**DEXCOM, INC.,**<br><br>    Defendant. | **CASE NO. 2:23-CV-00473-JRG**<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO
SYMBOLOGY'S OPPOSITION TO DEXCOM'S RENEWED 12(C)
<u>MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

Defendant DexCom, Inc. ("Defendant") files this Unopposed Motion for Extension of Time to File its Reply to Plaintiff Symbology Innovations, LLC's ("Plaintiff") Opposition to DexCom's Renewed 12(c) Motion for Judgment on the Pleadings, filed on March 8, 2024. (Dkt. 27.) Defendant's Reply is currently due on March 18, 2024. Defendant has requested and Plaintiff does not oppose an extension to April 2, 2024. A proposed order is included herewith.

Dated: March 13, 2024                    Respectfully submitted,

/s/ Rodeen Talebi
Neil J. McNabnay
Texas Bar No.24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Rodeen Talebi
Texas Bar No. 24103958
Alexander H. Martin
Texas Bar No.24091828
mcnabnay@fr.com
rbonilla@fr.com
talebi@fr.com
martin@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 19001
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT DEXCOM, INC.**

**CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated its agreement with the relief requested herein.

/s/ Rodeen Talebi
Rodeen Talebi

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy has been electronically filed using the CM/ECF filing system on March 13, 2024, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system.

                                              */s/ Rodeen Talebi*
                                              Rodeen Talebi