IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**DEXCOM, INC.,**<br><br>Defendant. | **CASE NO. 2:23-CV-00473-JRG**<br><br>**JURY TRIAL DEMANDED** |

**SYMBOLOGY INNOVATIONS, LLC,**

Plaintiff,

v.

**DEXCOM, INC.,**

Defendant.

**CASE NO. 2:23-CV-00473-JRG**

**JURY TRIAL DEMANDED**

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY
TO SYMBOLOGY'S OPPOSITION TO DEXCOM'S RENEWED 12(C)
MOTION FOR JUDGMENT ON THE PLEADINGS**

Before the Court is Defendant DexCom, Inc.'s Unopposed Motion for Extension of Time to Reply to Symbology's Opposition to DexCom's Renewed 12(c) Motion for Judgment on the Pleadings (the "Motion").

Having considered the Motion, the Court determines that it should be, and is hereby, GRANTED.

Accordingly, the deadline for Defendant to Reply to Symbology's Opposition to DexCom's Renewed 12(c) Motion for Judgment on the Pleadings (Dkt. 27) is hereby set to April 2, 2024.

IT IS SO ORDERED.