IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00473-JRG |
| | § | |
| DEXCOM, INC., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

### ORDER

Before the Court is Defendant DexCom Inc.'s ("Defendant") Unopposed Motion for Extension of Time to Reply to Symbology Innovations, LLC's ("Plaintiff") Opposition to DexCom's renewed 12(c) Motion (the "Motion for Extension"). (Dkt. No. 28.) In the Motion for Extension, Defendant requests that its deadline to file a reply brief in support of its renewed 12(c) Motion (Dkt. No. 25) be extended from March 18, 2024 to April 2, 2024. (*Id.*) The Motion for Extension is unopposed. (*Id.*)

Having considered the Motion for Extension, and noting that it is unopposed, the Court finds that the same should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Defendant to file its reply brief in support of its 12(c) Motion is **extended** up to and including **April 2, 2024**.

So ORDERED and SIGNED this 15th day of March, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE