IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**DEXCOM, INC.,**<br><br>Defendant. | **CASE NO. 2:23-CV-00473-JRG**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT DEXCOM, INC.'S**
**UNOPPOSED MOTION FOR ORAL HEARING**

Pursuant to Local Rule CV-7(g), Defendant DexCom, Inc. ("DexCom"), by and through its undersigned counsel, respectfully requests an oral hearing on its Renewed Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) (Dkt. No. 25, "Motion"). In support of the present motion, DexCom states:

- Briefing with respect to DexCom's Motion is completed. DexCom filed its Motion on February 16, 2024. (Dkt. No. 25.) Plaintiff Symbology Innovations, LLC ("Symbology") filed its Response on March 8, 2024. (Dkt. No. 27.) DexCom filed its Reply on April 2, 2024 (Dkt. No. 30) and Symbology filed its Sur-Reply on April 9, 2024 (Dkt. No. 31).

- The parties have not yet appeared before the Court with respect to the Motion.

- DexCom believes that oral argument will assist the Court in understanding the issues set forth in the Motion.

For the reasons stated, DexCom respectfully requests that the Court set an oral hearing at the Court's convenience with respect to DexCom's Motion.

Counsel for DexCom has conferred with counsel for Symbology regarding the present motion, and Symbology does not oppose this motion.

Dated: May 16, 2024

Respectfully submitted,

*/s/ Ricardo J. Bonilla*
Neil J. McNabnay
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Rodeen Talebi
Texas Bar No. 24103958
Alexander H. Martin
Texas Bar No. 24091828
mcnabnay@fr.com
rbonilla@fr.com
talebi@fr.com
martin@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT DEXCOM, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy has been electronically filed using the CM/ECF filing system on May 16, 2024, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system.

/s/ Ricardo J. Bonilla
Ricardo J. Bonilla

**CERTIFICATE OF CONFERENCE**

Pursuant to Eastern District of Texas Local Rule CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h). Counsel for DexCom conferred with Counsel for Symbology on May 16, 2024, concerning the relief sought in this Motion. Counsel for Symbology is unopposed.

/s/ Ricardo J. Bonilla
Ricardo J. Bonilla