IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**DEXCOM, INC.,**<br><br>    Defendant. | **CASE NO. 2:23-CV-00473-JRG**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT DEXCOM, INC.'S**
<u>**UNOPPOSED MOTION FOR ORAL HEARING**</u>

Before the Court is DexCom, Inc.'s Unopposed Motion for Oral Hearing (the "Motion").

The Court, having considered the same, is of the opinion the Motion should be **GRANTED**.